IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

POLICARIO SANCHEZ-CRUZ,

                     Petitioner,

v.

GUY HALL,

                     Respondent.

No. CV 04-1547-TC

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND REFILE PETITION

Upon consideration of the Motion to Voluntarily Dismiss and Refile Petition, and the joint position of the parties that voluntary dismissal and refiling effective November 3, 2004, is appropriate,

IT IS HEREBY ORDERED that the petition filed on October 25, 2004, is hereby voluntarily dismissed and deemed refiled effective November 3, 2004.

Dated this ___ day of May, 2005.

_____
Honorable Thomas M. Coffin
United States Magistrate Judge

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 1 ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND REFILE PETITION